■ PETER HEIMANN et al., Respondents, v DONALD J. HOLLY et al., Defendants, and ROBERT DRAYN, Doing Business as DRAYN EXCAVATING COMPANY, Appellant. (Appeal No. 2.)— Order unanimously affirmed without costs for reasons stated at Special Term, Boehm, J. (Appeal from order of Supreme Court, Ontario County, Boehm, J.—service of process; strike affirmative defense.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.